UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                Petitioner,

      v.

A. HOWELL KITENDAUGH,

                Respondent.

No. 13-MC-5021-BHS-KLS

ORDER OF ENFORCEMENT OF SUMMONS

    WHEREAS, the Court having issued an Order of Reference and Directing the respondent to Show Cause why the Internal Revenue Service summons served in this case should not be enforced, and the respondent having been served with such Order, and

    WHEREAS, no cause having been shown as to why the respondent should not be compelled to testify and produce the records demanded in the Internal Revenue Service summons served on the respondent on January 8, 2013,

    WHEREFORE, IT IS ORDERED that the respondent shall appear before investigating Revenue Officer Duke, or any other proper agent, officer, or employee of the

ORDER OF ENFORCEMENT OF SUMMONS - 1
(13-MC-5021-BHS-KLS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Internal Revenue Service, not later than twenty (20) workdays following the entry of this Order to testify and produce records as demanded in such summons.

IT IS FURTHER ORDERED that if the respondent fails to comply with this Order, the respondent can be held in contempt of Court and be subject to imprisonment, fine or both.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this ORDER by certified mail and first-class mail to the respondent, A. Howell Kitendaugh, 701 32nd Street, Washougal, Washington 98671, to the United States Attorney, and to the United States Magistrate Judge to whom this matter is assigned.

DATED this 17th day of July, 2013.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Christina N. Dimock*
Christina N. Dimock, WSBA #40159
Assistant United States Attorney

ORDER OF ENFORCEMENT OF SUMMONS - 2
(13-MC-5021-BHS-KLS)